14-1070
*Akran v. United States*

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October , two thousand fourteen.

PRESENT: CHESTER J. STRAUB,
RICHARD C. WESLEY,
DEBRA ANN LIVINGSTON,
*Circuit Judges*.

---

GODSON ODUBIYI AKRAN,

*Plaintiff-Appellant,*

-v.- No. 14-1070

UNITED STATES OF AMERICA,

*Defendant-Appellee.*

---

| | |
|---|---|
| FOR APPELLANT: | JAVIER N. MALDONADO, Law Office of Javier N. Maldonado, P.C., San Antonio, TX. |
| FOR APPELLEE: | ELLIOT M. SCHACHNER, Varuni Nelson, Margaret M. Kolbe, Assistant United States Attorneys, *for* Loretta E. Lynch, United States Attorney for the Eastern District of New York, Brooklyn, NY. |

---

Appeal from the United States District Court for the Eastern District of New York (Eric N. Vitaliano, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Godson Akran brought this suit pursuant to the Federal Tort Claims Act. Akran alleged that the United States falsely imprisoned him by arresting and detaining him during the pendency of removal proceedings. Finding that the detention was legally privileged, the district court granted the United States' motion to dismiss for failure to state a claim. This appeal followed.

We **AFFIRM** on the ground that Akran's Complaint fails to adequately allege a cause of action. Akran's contention that immigration officials knew or should have known that he was a United States citizen is conclusory and

implausible. We have considered Akran's remaining arguments and find them to be without merit.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk